**Order entered August 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00630-CV

### TRENT S. GRIFFIN, Appellant

### V.

### AMERICAN ZURICH INSURANCE COMPANY, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05893**

## ORDER

Before the Court is appellant's August 5, 2019 motion requesting this Court to take judicial notice of adjudicative facts, appellee's response and motion strike the motion, and appellant's reply. We **GRANT** appellant's motion **to the extent** that the Court takes judicial notice of the petition for writ of mandamus filed by appellee in appellate cause number 05-18-01516-CV styled *In re American Zurich Ins. Co*. We **DENY** appellee's motion to strike.

Also before the Court is appellant's August 21, 2019 motion seeking a sixty-day extension of time to file his brief on the merits. We **GRANT** the motion **to the extent** that appellant shall file his brief by **October 14, 2019**.

/s/     BILL WHITEHILL
        JUSTICE